☐ DOCUMENTS UNDER SEAL

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Sheilah Cahill | | REPORTER/TAPE NO.<br>FTR 10-05-09 -10-06-30; 10-16-13 - 10-21-00 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>October 18, 2007 | | ☐ NEW CASE | CASE NUMBER<br>4-07-70433 WDB |

### APPEARANCES

| DEFENDANT<br>JULIO LOPEZ MORALES | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | ☒ PD.<br>☒ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Shashi Kewalramani | INTERPRETER<br>Carole Glasser (Spanish) | | | FIN. AFFIDAVIT SUBMITTED<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL<br>COUNSEL APPOINTED<br>PARTIAL PAYMENT OF CJA FEES ORDERED | ☒<br>☒<br>☒<br>☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | | |

FILED OCT 18 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☒ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☒ OTHER Subm. F/A |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY $ | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED  REAL PROPERTY:
☐ CASH $   ☐ CORPORATE SECURITY   ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF   OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 11/2/07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Financial Affidavit submitted. Court finds defendant qualifies and AFPD Matthews will represent the defendant. Defendant currently has I.C.E. hold pending; detention hearing moot. Discovery has been given to defense. **Case continued to 11/2/07 at 10:00 a.m. before WDB for preliminary hearing or arraignment.** Defendant waives time on Preliminary Hearing.